AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>ALEXANDRE SCHUINA,<br>GEANE DIAS DA SILVA, and<br>AMANDA SPACKI,<br><br>*Defendant(s)* | )<br>)<br>)   Case No.  13-8114-WM<br>)<br>)<br>) |

FILED by _KZ_ D.C.

MAR 01 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT
S.D. of FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 21, 2013__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 3144 | Testimony is material in United States v. Roberto Luis Gonzalez-Perez, Case No. 13-8096-DLB (S.D. Fla.) and United States v. Lucio Oliveira, Case No. 13-8106-WM (S.D. Fla), criminal proceedings, and it may become impractical to secure presence by subpoena. |

This criminal complaint is based on these facts:

see attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

SA Christopher Whitenton, DHS-HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: March 1, 2013

_____
*Judge's signature*

City and state:   West Palm Beach, Florida

William Matthewman, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Christopher Whitenton, being duly sworn, depose and state as follows:

1. I am employed by the United States Department of Homeland Security, Homeland Security Investigations (HSI), and have been so employed since November 2006. I am currently assigned to the Office of the Assistant Special Agent in Charge in West Palm Beach, Florida.

2. As a Special Agent of Homeland Security Investigations, I have received 23 weeks of training at the Federal Law Enforcement Training Center, which included the application of Federal Statutes, Federal Court procedures, and the techniques required to insure the admissibility of evidence at trial. I have been a sworn Federal Special Agent with Homeland Security Investigations since May 2007. During the course of this employment, I have been involved in the investigation of illegal immigration and the importation of narcotics.

3. The facts set forth in this affidavit are based on my personal knowledge, information obtained in this investigation from others, including other law enforcement officers, and information gained through training and experience. Since this affidavit is being submitted for the limited purpose of establishing probable cause to issue material witness warrants for ALEXANDRE SCHUINA, GEANE DIAS DA SILVA and AMANDA SPACKI, all nationals of Brazil, I have not set forth each and every known fact known to law enforcement concerning this investigation. Rather, this affidavit sets forth only those facts necessary to establish probable cause for the material witness arrest warrants.

## FACTS AND CIRCUMSTANCES ESTABLISHING PROBABLE CAUSE

4. On February 21, 2013, at the approximately 9:00 am, the U.S. Customs and Border Protection, Office of Air and Marine (OAM), West Palm Beach Marine Unit M797 responded to an inbound boat, approximately 7 nautical miles east of the Boynton Beach Inlet, that was tracked by OAM Miami Air Branch Dash-8 aircraft 7MR. The vessel, a cigarette style model bearing Florida registration FL5342EA, was tracked as it made landfall just south of Camino Real Blvd inside Boca Raton Inlet. OAM Miami Air Branch Dash-8 aircraft 7MR observed multiple subjects exiting the vessel and entering into 2 separate vehicles. Local law enforcement subsequently stopped the vehicles leaving the scene and apprehended the vessel captain, both vehicle operators, and eight migrants. The nine subjects on board the boat were later identified as ROBERTO LUIS GONZALEZ-Perez, who piloted the vessel, and 8 migrants with no legal status in the United States. The migrants were nationals of various countries, including Brazil, the Dominican Republic and Jamaica. The driver of one of the getaway vehicles was identified as LUCIO OLIVEIRA.

5. Criminal Complaint number 13-8096-DLB has been filed, charging ROBERTO LUIS GONZALEZ-PEREZ with bringing in and harboring certain aliens, in violation of Title 8 United States Code 1324(a)(1)(A)(i). In addition, Criminal Complaint number 13-8106-WM has been filed, charging LUCIO OLIVEIRA with bringing in and harboring certain aliens, in violation of Title 8 United States Code 1324(a)(1)(A)(i).

6. On February 21, 2013, I and other HSI Special Agents met with ALEXANDRE SCHUINA, GEANE DIAS DA SILVA and AMANDA SPACKI, who were passengers on the vessel described in paragraph 4. During interviews, each of these individuals indicated an ability to identify ROBERTO LUIS GONZALEZ-PEREZ as the captain of the vessel. Each provided details about their respective trips to the United States and observations made during the voyage that are relevant to the prosecution of ROBERTO GONZALEZ-PEREZ.

7. In addition, each of these individuals gave information that was relevant to the prosecution of LUCIO OLIVEIRA. ALEXANDRE SCHUINA, GEANE DIAS DA SILVA and AMANDA SPACKI stated that LUCIO OLIVEIRA arranged their trips to the United States. Further, GEANE DIAS DA SILVA and AMANDA SPACKI indicated an ability to identify LUCIO OLIVEIRA as the person who arranged their voyages.

8. ALEXANDRE SCHUINA, GEANE DIAS DA SILVA and AMANDA SPACKI are presently detained at an Immigration Detention facility, pending deportation. Once deported, they will be outside the jurisdiction of the United States, and unable to be served with a subpoena pursuant to Federal Rule of Criminal Procedure 17(e)(2) and 28 U.S.C. § 1783(a).

## CONCLUSION

9. Based on the foregoing, I respectfully submit that probable cause exists to believe that ALEXANDRE SCHUINA, GEANE DIAS DA SILVA and AMANDA SPACKI are material witnesses in the investigation and prosecution of federal law set form in Criminal Complaints 13-8096-DLB and 13-8106-WM. ALEXANDRE SCHUINA, GEANE DIAS DA SILVA and AMANDA SPACKI are facing imminent removal from the United States, and repatriation to Brazil.

10. Accordingly, it will become impractical to secure the presence of ALEXANDRE SCHUINA, GEANE DIAS DA SILVA and AMANDA SPACKI by subpoena. Therefore, pursuant to the provisions of Title 18, United States Code, Section 3144, the United States requests that they be detained pending deposition and/or testifying in United States v. ROBERTO LUIS GONZALEZ-PEREZ, 13-8096-DLB and United States v.

LUCIO OLIVEIRO, 13-8106-WM.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
CHRISTOPHER WHITENTON
SPECIAL AGENT
U.S. Department of Homeland Security,
Homeland Security Investigations

SWORN TO AND SUBSCRIBED BEFORE ME
THIS 1ST DAY OF ~~FEBRUARY~~ MARCH 2013 AT
WEST PALM BEACH, FLORIDA.

_____
WILLIAM MATTHEWMAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-8114-WM

UNITED STATES OF AMERICA

vs.

ALEXANDRE SCHUINA,
GEANE DIAS DA SILVA, and
AMANDA SPACKI,
                Defendants.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? ___ Yes   _X_ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? ___ Yes   _X_ No

                                Respectfully submitted,

                                WIFREDO A. FERRER
                                UNITED STATES ATTORNEY

                        BY:     /s/ Susan R. Osborne
                                Susan R. Osborne
                                Assistant United States Attorney
                                Court No. A5500797
                                500 South Australian Ave, Suite 400
                                West Palm Beach, Florida  33410
                                TEL (561) 209-1003